No. 749.  GARDEN HOMES, INC., v. MASON, COMMIS-
SIONER, FEDERAL HOUSING ADMINISTRATION.  C. A. 1st
Cir.  Certiorari denied.  *Angus M. MacNeil* for peti-
tioner.  *Solicitor General Rankin, Assistant Attorney
General Doub* and *Samuel D. Slade* for respondent.

No. 769.  PHILLIPS v. PHILLIPS.  District Court of
Appeal of California, Third Appellate District.  Cer-
tiorari denied. . *Philip Adams* for petitioner.  *Moses
Lasky* for respondent.

No. 305, Misc.  VAN SLYKE v. NEW YORK.  Appellate
Division of the Supreme Court of New York, Fourth Judi-
cial Department.  Certiorari denied.

No. 325, Misc.  WOOD v. TUCKER, WARDEN.  Supreme
Court of Appeals of West Virginia.  Certiorari denied.

No. 330, Misc.  BAXTER v. WASHINGTON.  Supreme
Court of Washington.  Certiorari denied.

No. 335, Misc.  DICKSON v. RAGEN, WARDEN.  Su-
preme Court of Illinois.  Certiorari denied.

No. 338, Misc.  FLINT v. WEST VIRGINIA ET AL.  Su-
preme Court of Appeals of West Virginia.  Certiorari
denied.

No. 339, Misc.  STEFANICH v. UFFELMAN, SUPERIN-
TENDENT, ILLINOIS SECURITY HOSPITAL, ET AL.  Supreme
Court of Illinois.  Certiorari denied.

No. 392, Misc.  HUDSON v. NORTH CAROLINA.  Su-
preme Court of North Carolina.  Certiorari denied.